UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DIAMOND ELITE COMMUNITY LLC<br><br>Plaintiff,<br><br>v.<br><br>URBAN BAY FINANCIAL LLC, et al<br><br>Defendants. | Case No. 8:25-cv-01312 |

**PLAINTIFF, DIAMOND ELITE COMMUNITY'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐   No.

    ☒   Yes, and

        ☐   These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☒   The filer has no parent corporation.

        ☒   No publicly held corporation owns 10% or more of the filer's shares.

1

2.  Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☐   No.

    ☒   Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: Diamond Elite Community LLC – Casa Grande, AR. Diamond Elite Community's sole member is Yehoishia Rubin. Yehoishia Rubin is domiciled in Casa Grande Arizona. Diamond Elite Community is managed by Diamond Equity Manager LLC – Wilmington, DE, with Yehoishia Rubin as the sole member. Diamond Elite Community is composed of Yehoishia Rubin and the following five entities:

    (1) Diamond Elite Community Investors A LLC - Wilmington, DE. Diamond Elite Community Investors A LLC is managed by Diamond Equity Manger LLC. Diamond Elite Community Investors A LLC is composed of Diamond Elite Community Promote LLC – Wilmington, DE, which has a sole member of Yehoishia Rubin, and the following investors: Joel Meisels - Monroe, NY; Joel Lebovits - Monroe, NY; and Abraham Meisels - Brooklyn, NY on behalf of MFI 2021 LLC – Woodridge, NY. Abraham Meisels is the manager of MFI. Shia Meisels is also a member of MFI – Brooklyn, NY.

    (2) Diamond Elite Community Investors B LLC - Wilmington, DE. Diamond Elite Community Investors B LLC is managed by Diamond Equity Manger LLC. It is composed of Diamond Elite Community Promote LLC and the following investors: Joel Schapira - Monroe, NY; Refoel Sterengold – Monroe, NY; Moses Guttman – Monroe, NY; Joel Fish – Monroe, NY; Jose Masri – Monroe, NY; David Katz – Monsey, NY; Joel Loeb – Monroe, NY; Shia Klein – Monroe, NY; and Kalman Masri – Monroe, NY; and Motty Greenfeld – Brooklyn, NY.

(3) Diamond Elite Community Investors C LLC - Wilmington, DE. Diamond Elite Community Investors C LLC is managed by Diamond Equity Manger LLC. It is composed of Diamond Elite Community Promote LLC and the following investors: Joseph Fisch – Brooklyn, NY; Joel Schapira - Monroe, NY; Yoel Friedman – Monsey, NY; Rafael Masri – Monroe, NY; Shlomtzi Rubin – Casa Grande, AR; Chaim Deutch – Monroe, NY; BSD Realty Estates, LLC – New York with Mottel Kellner – Monroe, NY as the sole member; Shia Goldberger, Monroe, New York, on behalf of Inspiration Foundation Inc. – Goshen, NY; Yisroel Greenfeld – Brooklyn, NY; and Nissim Sued – Monroe, NY.

(4) Diamond Elite Community Investors D LLC – Wilmington, DE. Diamond Elite Community Investors D LLC is managed by Diamond Equity Manger LLC. It is composed of Diamond Elite Community Promote LLC and the following investor: Ben S. Yabra – New York.

(5) Diamond Elite Community Investors E LLC – Wilmington, DE. Diamond Elite Community Investors E LLC is managed by Diamond Equity Manger LLC. It is composed of Diamond Elite Community Promote LLC and the following investor: Hershey Weber – New York.

a.  Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

- ☐ No.

- ☒ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b.  Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

3

4904-3319-6587, v. 2

    ☒    No.

    ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c.    Is the filer an insurer?

    ☒    No.

    ☐    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d.    Is the filer a legal representative?

    ☒    No.

    ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e.    Has the filer identified any corporation?

    ☐    No.

    ☒    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1): Inspiration Foundation Inc. with a principal place of business and address of Goshen, NY.

f.    Has the filer identified any natural person?

    ☐    No.

    ☒    Yes, and for each, the filer has identified citizenship in accord with the person's domicile,

          which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

   ☒    No.

   ☐    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

   ☒    No.

   ☐    Yes, and this is the entity: [].

5. Is this a bankruptcy action?

   ☒    No.

   ☐    Yes, and the debtor is [].

   ☐    Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

   ☒    No.

   ☐    Yes, and these persons are arguably eligible for restitution: [].

7.  Is there an additional entity likely to actively participate in this action?

    ☒   No.

    ☐   Yes, and this is the entity: [].

8.  Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒   Yes.

Signed:

**SHAHADY & WURTENBERGER, P.A.**
200 E. Palmetto Park Road, Suite 103
Boca Raton, FL 33432
Tel: (561) 910-3064
fschwartz@swlawyers.law - Service by Email

By: /s/Fred A. Schwartz
    FRED A. SCHWARTZ, ESQUIRE
    Florida Bar No. 360538
    *Attorneys for Plaintiff*