UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIAMOND ELITE
COMMUNITY, LLC,

    Plaintiff,

v.                                          Case No. 8: 25-cv-1312-KKM-LSG

URBAN BAY FINANCIAL,
LLC, et al.,

    Defendants.
_____

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.)     the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

    This is the name and citizenship of each person or entity whose citizenship is attributed to the filer: Diamond Elite Community LLC – Casa Grande, AR. Diamond

Elite Community's sole member is Yehoishia Rubin. Yehoishia Rubin is domiciled in Casa Grande Arizona. Diamond Elite Community is managed by Diamond Equity Manager LLC – Wilmington, DE, with Yehoishia Rubin as the sole member. Diamond Elite Community is composed of Yehoishia Rubin and the following five entities:

A. Diamond Elite Community Investors A LLC - Wilmington, DE. Diamond Elite Community Investors A LLC is managed by Diamond Equity Manger LLC. Diamond Elite Community Investors A LLC is composed of Diamond Elite Community Promote LLC – Wilmington, DE, which has a sole member of Yehoishia Rubin, and the following investors: Joel Meisels - Monroe, NY; Joel Lebovits - Monroe, NY; and Abraham Meisels - Brooklyn, NY on behalf of MFI 2021 LLC – Woodridge, NY. Abraham Meisels is the manager of MFI. Shia Meisels is also a member of MFI – Brooklyn, NY.

B. Diamond Elite Community Investors B LLC - Wilmington, DE. Diamond Elite Community Investors B LLC is managed by Diamond Equity Manger LLC. It is composed of Diamond Elite Community Promote LLC and the following investors: Joel Schapira - Monroe, NY; Refoel Sterengold – Monroe, NY; Moses Guttman – Monroe, NY; Joel Fish – Monroe, NY; Jose Masri – Monroe, NY; David Katz – Monsey, NY; Joel Loeb – Monroe, NY; Shia Klein – Monroe, NY; and Kalman Masri – Monroe, NY; and Motty Greenfeld – Brooklyn, NY.

C. Diamond Elite Community Investors C LLC - Wilmington, DE. Diamond Elite Community Investors C LLC is managed by Diamond Equity Manger LLC. It is composed of Diamond Elite Community Promote LLC and the following investors: Joseph Fisch – Brooklyn, NY; Joel Schapira - Monroe, NY; Yoel Friedman – Monsey, NY; Rafael Masri – Monroe, NY; Shlomtzi Rubin – Casa Grande, AR; Chaim Deutch – Monroe, NY; BSD Realty Estates, LLC – New York with Mottel Kellner – Monroe, NY as the sole member; Shia Goldberger, Monroe, New York, on behalf of Inspiration Foundation Inc. – Goshen, NY; Yisroel Greenfeld – Brooklyn, NY; and Nissim Sued – Monroe, NY.

D. Diamond Elite Community Investors D LLC – Wilmington, DE. Diamond Elite Community Investors D LLC is managed by Diamond Equity Manger LLC. It is composed of Diamond Elite Community Promote LLC and the following investor: Ben S. Yabra – New York.

E. Diamond Elite Community Investors E LLC – Wilmington, DE. Diamond Elite Community Investors E LLC is managed by Diamond Equity Manger LLC. It is composed of Diamond Elite Community Promote LLC and the following investor: Hershey Weber – New York.

2.) the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

    None.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

    Plaintiff Diamond Elite Community LLC.

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated: May 28, 2025            Respectfully Submitted,

                                                 **SHAHADY & WURTENBERGER, P.A.**
                                                 200 E. Palmetto Park Road, Suite 103
                                                 Boca Raton, FL 33432
                                                 Tel: (561) 910-3064
                                                 fschwartz@swlawyers.law
                                                 Service by Email

                                                 By: /s/ Fred A. Schwartz
                                                 FRED A. SCHWARTZ, ESQUIRE

Florida Bar No. 360538
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May 2025, a copy of the foregoing was electronically served and is available for download via the ECF system.

/s/ Fred A. Schwartz
FRED A. SCHWARTZ, ESQUIRE